**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SCOTT TROY COOK, | ) | Case No. EDCV 14-2259-BRO (JPR) |
| Petitioner, | ) | |
| vs. | ) | **J U D G M E N T** |
| GREG LEWIS, Warden, | ) | |
| Respondent. | ) | |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 3, 2015

BEVERLY REID O'CONNELL
U.S. DISTRICT JUDGE

1